UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ABEL SALDANA,

    Plaintiff,

vs.

                                                                      Case No: 07-C-0310

YALE MATERIALS HANDLING-
GREEN BAY, INC.,

    Defendant.

## STIPULATION FOR DISMISSAL

    IT IS HEREBY STIPULATED by and between the parties to the above-captioned matter that the same may be dismissed on its merits and with prejudice and without costs or fees to any party.

    Dated this 1st day of August, 2007.

                          ABEL SALDANA

                          BY:   MINER, BARNHILL & GALLAND, P.C.
                                    Attorneys for Plaintiff

                          By:   /s/Sara E. Siskind
                                  SARA E. SISKIND

<u>P.O. ADDRESS:</u>
14 West Erie Street
Chicago, IL 60610
Phone: (312) 751-1170
Fax: (312) 751-0438

Dated this 1st day of August, 2007.

        YALE MATERIALS HANDLING-GREEN BAY, INC.

        BY:    CRIVELLO, CARLSON & MENTKOWSKI, S.C.
                  Attorneys for Defendant

        By:    /s/Ryan G. Braithwaite
                 RYAN G. BRAITHWAITE

P.O. ADDRESS:
710 North Plankinton Avenue
Milwaukee, WI 53203
Phone: 414-271-7722
Fax:    414-271-4438